**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | § | Case  No. 6:13-BK-60271-LKG |
| | § | |
| STEVEN D BALLINGER | § | |
| PATRICIA ANN BALLINGER | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/27/2013.  The undersigned trustee was appointed on 06/27/2013.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.      The trustee realized gross receipts of                                      $67,500.00

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $35,144.04 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $11,246.69 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| | |
| Leaving a balance on hand of[1] | $21,109.27 |

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 03/19/2019 and the deadline for filing government claims was 12/24/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,974.55.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,974.55, for a total compensation of $5,974.55[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $60.61, for total expenses of $60.61.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/20/2020          By:   /s/ Robert T. Bruegge
                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:   1

Exhibit A

| | |
|---|---|
| Case No.: | 13-60271-LKG |
| Case Name: | BALLINGER, STEVEN D AND BALLINGER, PATRICIA ANN |
| For the Period Ending: | 7/20/2020 |

| | |
|---|---|
| Trustee Name: | Robert T. Bruegge |
| Date Filed (f) or Converted (c): | 06/27/2013 (f) |
| §341(a) Meeting Date: | 07/18/2013 |
| Claims Bar Date: | 03/19/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Midland States Bank, Checking Acct. #unknown accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | $600.00 | $0.00 | | $0.00 | FA |
| 2 | Household Goods include audio, video, and computer equipment. | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 | Clothing | $150.00 | $0.00 | | $0.00 | FA |
| 4 | Wedding Band & Mother's Ring | $100.00 | $0.00 | | $0.00 | FA |
| 5 | Country Financial Life Insurance Insured: Steven Ballinger Beneficiaries: Ray and Joyce Ballinger, parents Face Value: $2,849.00 Cash Value: $2,000.00 | $2,000.00 | $0.00 | | $0.00 | FA |
| 6 | Coca Cola Teamsters Pension | Unknown | Unknown | | $0.00 | FA |
| 7 | IMRF Retirement Give particulars. | $1,272.47 | $0.00 | | $0.00 | FA |
| 8 | Debtor's interest in possible Social Security Disability benefits. Debtor is not represented by an attorney at this time. refunds, counterclaims of the debtor, and rights to setoff claims. Give unknown | Unknown | Unknown | | $0.00 | FA |
| 9 | 2003 Dodge Caravan, 160,000 miles, poor condition (This vehicle has been wrecked 3 times) | $300.00 | $0.00 | | $0.00 | FA |
| 10 | 2003 Dodge Ram 1500 pickup, 126,000 miles, fair condition | $6,526.00 | $4,126.00 | | $0.00 | FA |
| 11 | 2008 Homemade Trailer | $300.00 | $0.00 | | $0.00 | FA |
| 12 | 2007 Dell desktop computer (Debtor purchased this computer for $65, March 2011) | $65.00 | $0.00 | | $0.00 | FA |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No.: | 13-60271-LKG | | Trustee Name: | Robert T. Bruegge |
|---|---|---|---|---|
| Case Name: | BALLINGER, STEVEN D AND BALLINGER, PATRICIA ANN | | Date Filed (f) or Converted (c): | 06/27/2013 (f) |
| For the Period Ending: | 7/20/2020 | | §341(a) Meeting Date: | 07/18/2013 |
| | | | Claims Bar Date: | 03/19/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 13 | Poulan Riding mower | $200.00 | $0.00 | | $0.00 | FA |
| 14 | Tools | $600.00 | $0.00 | | $0.00 | FA |
| 15 | Product Liability Claim           (u) | Unknown | $67,500.00 | | $67,500.00 | FA |

**Asset Notes:**     Value estimated

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | |
| | $13,113.47 | $71,626.00 | | $67,500.00 | $0.00 |

## Major Activities affecting case closing:

| | |
|---|---|
| 07/15/2020 | TFR worksheet to RTB |
| 07/07/2020 | O GR Appl Atty Compensation entered |
| 06/22/2020 | Mail to debtor is being returned as undeliverable with no forwarding address |
| 06/15/2020 | Filed Appl Atty Compensation, Ntc |
| 06/09/2020 | TFR worksheet to RTB |
| 05/21/2020 | Email to settlement administrator re status of payment of funds due |
| 05/21/2020 | Email from settlement administrator advising payment is supposed to be sent out this week |
| 05/21/2020 | Second email from settlement administrator advising payment was sent out 5/19/20 |
| 02/20/2020 | O GR Appl Compromise Controversy entered |
| 01/29/2020 | Email from ARCHER Systems advising okay to file Appl Compromise Controversy |
| 01/29/2020 | Filed Appl Compromise Controversy & Ntc |
| 01/28/2020 | Received settlement statement from Archer Systems |
| 01/28/2020 | Emailed Appl Compromise Controversy and proposed order to Archer Systems |
| 10/23/2019 | O GR Mtn Dsm Adv 19-6022 entered |
| 10/22/2019 | Email from Vianni Lopez of ARCHER Systems.  Response sent |
| 10/22/2019 | Filed Mtn Dsm Adv 19-6022 |
| 10/17/2019 | Email from Vianni Lopez of ARCHER Systems |
| 10/16/2019 | Telephone call from Vianni Lopez of ARCHER Systems.  This woman was extremely argumentative.  Wanted to know why we filed Complaint for Turnover as she claims they never received an of emails or letters and basically accused us of filing Complaint without sending either and wanted to know why we could not just file a motion instead of a complaint.  Advised letters must have been received if they received Complaitn which was sent to same address as letters.  Then claimed she tried to call and left a message, but they "are an hour behind you so I must have just missed you." (They are in Houston, so they are in same time zone.) I offered to forward the emails and letters, she became even more argumentative as letters takes too long for them to receive, they were moving, etc.  She had a million reasons for why it isn't their fault no one responded to our emails and letters, but wants us to dismiss adversary complaint.  Advised I will forwarded information to trustee for his determination, but he may want adversary filing fee of $350 since no response to emails or letters.  Said she would reduce their administrative fee by $350 if we insist on being paid for filing something we didn't need to do, but did say check could be issued if we insist. |
| | Says she doesn't know why we filed Complaint instead of Motion.  Specifically |
| | Couldn't get answer as to why no response was never sent to letters. |
| 10/10/2019 | Filed Cmp Turnover 19-6022 |
| 09/18/2019 | Will file complaint for turnover complaint if info not received within 10 days. |
| 09/18/2019 | Final Ltr re status of lawsuit |
| 09/17/2019 | Email to RTB re follow up required |
| 07/15/2019 | Forwarded case to RTB for review as settlement administrator is not responding to letters |

# FORM 1

Page No: 3

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | | |
|---|---|---|---|
| **Case No.:** | 13-60271-LKG | **Trustee Name:** | Robert T. Bruegge |
| **Case Name:** | BALLINGER, STEVEN D AND BALLINGER, PATRICIA ANN | **Date Filed (f) or Converted (c):** | 06/27/2013 (f) |
| **For the Period Ending:** | 7/20/2020 | **§341(a) Meeting Date:** | 07/18/2013 |
| | | **Claims Bar Date:** | 03/19/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 06/27/2019 | 3rd Ltr re status of lawsuit |
| 06/12/2019 | 2nd Ltr re status of lawsuit |
| 05/28/2019 | Ltr re status of lawsuit |
| 02/27/2019 | Emailed O GR Appl Employ Attys to settlement administrator |
| 02/26/2019 | Filed Appl Employ Attys |
| 01/07/2019 | Emailed Appl Employ Attys and proposed order to Settlement Administrator |
| 12/20/2018 | Filed Appl Employ Atty -RTB |
| 12/19/2018 | Received email from Archer Systems with attorney names and indicating how compensation will be shared between firms. Sent response advising attorney/client contracts needed before Appl Employ can be prepared. |
| 12/19/2018 | Order GR MTW NDR |
| 12/18/2018 | RTB reappointed Trustee |
| 12/18/2018 | Filed MTW NDR |
| 12/17/2018 | Email to Mark Skaggs of UST re Order GR Mtn Reopen Case |
| 12/14/2018 | O GR Mtn Reopen entered |
| 12/12/2018 | Filed Mtn Reopen Case |
| 12/12/2018 | Email to Mark Skaggs of UST re Mtn Reopen Case |
| 12/11/2018 | Emailed signed document indicating the Trustee's interest in the settlement and requesting copies of employment contracts |
| 12/11/2018 | Received email from Archer Systems advising contracts have been requested and will be forwarded upon receipt |
| 12/04/2018 | Received email with letter from Archer Systems LLC re PI lawsuit. Forwarded docs to RTB for review. |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2019 |
| **Current Projected Date Of Final Report (TFR):** | 07/31/2020 |

/s/ ROBERT T. BRUEGGE

ROBERT T. BRUEGGE

FORM 2                                                                                    Page No: 1         Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-60271-LKG | | Trustee Name: | Robert T. Bruegge |
|---|---|---|---|---|
| Case Name: | BALLINGER, STEVEN D AND BALLINGER, PATRICIA ANN | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4060 | | Checking Acct #: | ******0271 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/27/2013 | | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 7/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/26/2020 | | AWKO Ethicon Qualified Settlement Fund | product liability settlement | * | $22,507.67 | | $22,507.67 |
| | {15} | | | $67,500.00 | 1242-000 | | $22,507.67 |
| | | | MDL assessment | $(3,375.00) | 3991-000 | | $22,507.67 |
| | | | The Cerasa Law Firm LLC atty fees | $(22,950.00) | 3210-000 | | $22,507.67 |
| | | | Aylstock, Witkin, Kreis & Overholtz PLLC atty fees | $(4,050.00) | 3210-000 | | $22,507.67 |
| | | | medical liens | $(11,246.69) | 4220-000 | | $22,507.67 |
| | | | atty exps | $(3,370.64) | 3220-000 | | $22,507.67 |
| 07/07/2020 | 1001 | Robert T Bruegge, Attorney | Atty Fees | 3110-000 | | $1,218.00 | $21,289.67 |
| 07/07/2020 | 1002 | Robert T Bruegge, Attorney | Atty Exps | 3120-000 | | $180.40 | $21,109.27 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $22,507.67 | $1,398.40 | $21,109.27 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $22,507.67 | $1,398.40 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $22,507.67 | $1,398.40 | |

| For the period of 6/27/2013 to 7/20/2020 | | For the entire history of the account between 05/26/2020 to 7/20/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $67,500.00 | Total Compensable Receipts: | $67,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $67,500.00 | Total Comp/Non Comp Receipts: | $67,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $46,390.73 | Total Compensable Disbursements: | $46,390.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,390.73 | Total Comp/Non Comp Disbursements: | $46,390.73 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 13-60271-LKG |
| **Case Name:** | BALLINGER, STEVEN D AND BALLINGER, PATRICIA ANN |
| **Primary Taxpayer ID #:** | **-***4060 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 6/27/2013 |
| **For Period Ending:** | 7/20/2020 |

| | |
|---|---|
| **Trustee Name:** | Robert T. Bruegge |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0271 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $48,364,291.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $22,507.67 | $1,398.40 | $21,109.27 |

**For the period of 6/27/2013 to 7/20/2020**

| | |
|---|---|
| Total Compensable Receipts: | $67,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $67,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,390.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,390.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/27/2013 to 7/20/2020**

| | |
|---|---|
| Total Compensable Receipts: | $67,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $67,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,390.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,390.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT T. BRUEGGE

ROBERT T. BRUEGGE

**CLAIM ANALYSIS REPORT**

Exhibit C

| Case No. | 13-60271-LKG | | Trustee Name: | Robert T. Bruegge |
| Case Name: | BALLINGER, STEVEN D AND BALLINGER, PATRICIA ANN | | Date: | 7/20/2020 |
| Claims Bar Date: | 03/19/2019 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROBERT T. BRUEGGE 130 N. Main Street Edwardsville IL 62025 | 12/12/2018 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $60.61 | $60.61 | $0.00 | $0.00 | $0.00 | $60.61 |
| | US BANKRUPCY COURT 750 Missouri Avenue E St Louis IL 62201 | 06/09/2020 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $610.00 | $610.00 | $0.00 | $0.00 | $0.00 | $610.00 |
| **Claim Notes:** | Reopening Fee, Adv Filing Fee | | | | | | | | | | | |
| | ROBERT T. BRUEGGE 6 Ginger Creek Village Drive Glen Carbon IL 62034 | 06/10/2020 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $5,974.55 | $5,974.55 | $0.00 | $0.00 | $0.00 | $5,974.55 |
| | ROBERT T BRUEGGE, ATTORNEY 6 Ginger Creek Village Drive Glen Carbon IL 62034 | 06/15/2020 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $1,218.00 | $1,218.00 | $1,218.00 | $0.00 | $0.00 | $0.00 |
| | ROBERT T BRUEGGE, ATTORNEY 6 Ginger Creek Village Drive Glen Carbon IL 62034 | 06/15/2020 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $180.40 | $180.40 | $180.40 | $0.00 | $0.00 | $0.00 |
| | STEVEN D BALLINGER AND PATRICIA ANN BALLINGER RR 1 BOX 318 NEOGA IL 62447 | 07/20/2020 | Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part) | Allowed | 8200-002 | $0.00 | $13,009.01 | $13,009.01 | $0.00 | $0.00 | $0.00 | $13,009.01 |
| **Claim Notes:** | Debtor Surplus | | | | | | | | | | | |
| 1 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 01/08/2019 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,175.56 | $1,411.45 | $1,411.45 | $0.00 | $13.37 | $0.00 | $1,411.45 |

**CLAIM ANALYSIS REPORT**

Exhibit C

| Case No. | 13-60271-LKG | | Trustee Name: | Robert T. Bruegge |
|---|---|---|---|---|
| Case Name: | BALLINGER, STEVEN D AND BALLINGER, PATRICIA ANN | | Date: | 7/20/2020 |
| Claims Bar Date: | 03/19/2019 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ASHLEY FUNDING SERVICES, LLC  Resurgent Capital Services  PO Box 10587  Greenville SC 29603-0587 | 01/11/2019 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $119.50 | $30.00 | $30.00 | $0.00 | $0.28 | $0.00 | $30.00 |
| | | | | | | $22,494.02 | $22,494.02 | $1,398.40 | | $13.65 | $0.00 | $21,095.62 |

**CLAIM ANALYSIS REPORT**

Exhibit C

| | |
|---|---|
| **Case No.** | 13-60271-LKG |
| **Case Name:** | BALLINGER, STEVEN D AND BALLINGER, PATRICIA ANN |
| **Claims Bar Date:** | 03/19/2019 |

| | |
|---|---|
| **Trustee Name:** | Robert T. Bruegge |
| **Date:** | 7/20/2020 |

### CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $180.40 | $180.40 | $180.40 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee Firm) | $1,218.00 | $1,218.00 | $1,218.00 | $0.00 | $0.00 | $0.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $610.00 | $610.00 | $0.00 | $0.00 | $0.00 | $610.00 |
| General Unsecured § 726(a)(2) | $30.00 | $30.00 | $0.00 | $0.28 | $0.00 | $30.00 |
| Payments to Unsecured Credit Card Holders | $1,411.45 | $1,411.45 | $0.00 | $13.37 | $0.00 | $1,411.45 |
| Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part) | $13,009.01 | $13,009.01 | $0.00 | $0.00 | $0.00 | $13,009.01 |
| Trustee Compensation | $5,974.55 | $5,974.55 | $0.00 | $0.00 | $0.00 | $5,974.55 |
| Trustee Expenses | $60.61 | $60.61 | $0.00 | $0.00 | $0.00 | $60.61 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:        6:13-BK-60271-LKG
Case Name:    STEVEN D BALLINGER
                      PATRICIA ANN BALLINGER
Trustee Name:   Robert T. Bruegge

Balance on hand:                $21,109.27

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:           $0.00
Remaining balance:           $21,109.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Robert T. Bruegge, Trustee Fees | $5,974.55 | $0.00 | $5,974.55 |
| Robert T. Bruegge, Trustee Expenses | $60.61 | $0.00 | $60.61 |
| Robert T Bruegge, Attorney, Attorney for Trustee Fees | $1,218.00 | $1,218.00 | $0.00 |
| Robert T Bruegge, Attorney, Attorney for Trustee Expenses | $180.40 | $180.40 | $0.00 |
| US Bankrupcy Court, Clerk of the Court Costs | $610.00 | $0.00 | $610.00 |
| Other: Aylstock, Witkin, Kreis & Overholtz PLLC atty fees, Attorney for Trustee Fees | $4,050.00 | $4,050.00 | $0.00 |
| Other: The Cerasa Law Firm LLC atty fees, Attorney for Trustee Fees | $22,950.00 | $22,950.00 | $0.00 |
| Other: atty exps, Attorney for Trustee Expenses | $3,370.64 | $3,370.64 | $0.00 |
| Other: MDL assessment, Other Professional Fees | $3,375.00 | $3,375.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:           $6,645.16
Remaining balance:           $14,464.11

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:           $0.00

UST Form 101-7-TFR (5/1/2011)

Remaining balance:     $14,464.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $14,464.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,441.45 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $1,411.45 | $0.00 | $1,411.45 |
| 2 | Ashley Funding Services, LLC | $30.00 | $0.00 | $30.00 |

Total to be paid to timely general unsecured claims:     $1,441.45
Remaining balance:     $13,022.66

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $13,022.66

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-TFR (5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $13,022.66 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.13 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $13.65. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $13,009.01.